# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3642

_____

United States of America,

    Appellee,

  v.

Edward G. Boyer,

    Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: September 6, 2007
Filed: September 14, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

The district court[1] revoked Edward G. Boyer's (Boyer) supervised release and sentenced him below the advisory revocation range to 18 months in prison and 18 months of supervised release with the first 90 days of supervised release to be served in an inpatient drug abuse treatment program. Boyer appeals the sentence as unreasonable. After reviewing the record and Boyer's arguments, we conclude the sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review). In particular, the court was mindful of the

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

need to provide Boyer with drug treatment, <u>see</u> 18 U.S.C. § 3553(a)(2)(D), and fashioned the sentence accordingly:  the court imposed a prison term below the advisory range and required Boyer to spend time in inpatient drug treatment.  We therefore affirm.

_____